UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
Elizabeth Morris,

        Plaintiff,                                    NOTICE OF LIMITED SCOPE
                                                  APPEARANCE OF *PRO BONO*
        -against-                                  COUNSEL
                                                    18-cv-8213(KFP)

Sessions, US Attorney General, et al.,

        Defendants.
---------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of Plaintiff, Elizabeth Morris, for the limited purpose of providing advice and representation in a settlement conference and/or mediation through the Southern District's Alternative Dispute Resolution Program. I certify that I am admitted to practice in this Court.

Dated:  March 20, 2019
          New York, New York

                                                              BETH E. GOLDMAN, ESQ.
                                                              New York Legal Assistance Group

                                                              /s/ *Susanne Toes*
                                                              Susanne Toes - Staff Attorney
                                                              Attorney for Plainitff
                                                              NYLAG Clinic for Pro Se Litigants
                                                              Room LL22, 40 Foley Square
                                                              New York, NY 10007
                                                              Phone: 212.613.5090
                                                              Fax: 212.714.2050
                                                              Email: skeane@nylag.org